

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*John T. Stinson*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
*john.stinson@usdoj.gov*

*main: (856) 757-5026*
*direct:(856) 757-5139*

MONTH _, 2026

**By ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   ***Vaquero Hernandez v. Soto***, No. 26-cv-2003-ZNQ
>       **Request for Two Hour Extension to release and Report**

Dear Judge Quraishi:

This Office represents the Respondents in the above-referenced habeas matter. We write to respectfully request a two-hour extension of the Court's Order at ECF No. 5 directing Respondents to release Petitioner by 5 p.m. and submit declarations confirming the same by 5 p.m. U.S. Immigration and Customs Enforcement informs this Office that they are actively processing Petitioner's release. If he has not yet been released, he will be released shortly. We seek the two-hour extension to ensure that ICE can complete the release safely and completely, and Respondents can submit the required declarations.

If this proposal is acceptable to the Court, we respectfully request that Your Honor "so order" this letter and have the Clerk's Office file it on the docket. Thank you very much for your time and consideration of this request.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

By:   /s/ *John T. Stinson*
JOHN T. STINSON
Assistant United States Attorney
Deputy Chief, Civil Division

cc:   Counsel of Record

Request Granted.

So Ordered this ____16th____ day

of ____March____, 20_26_

Hon. Zahid N. Quraishi
United States District Judge

2